JAMES & ASSOCIATES
BECKY S. JAMES (Bar No. CA 151419)
Email: bjames@jamesaa.com
11999 San Vicente Blvd., Suite 240
Los Angeles, CA 90049
Tel: (310) 492-5104
Fax: (310) 492-5026

Attorney for *Petitioner*
**YONGDA HARRIS**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>YONGDA HARRIS,<br><br>Petitioner. | Case No. 16-cv-05606-CAS<br><br>PETITIONER YONGDA HARRIS'S APPLICATION FOR LEAVE TO FILE DOCUMENT IN CAMERA AND UNDER SEAL<br><br>**Court:** Hon. Christina A. Snyder |

////

////

////

////

Pursuant to Local Rule 79-5, Defendant Yongda Harris hereby applies for leave of Court to file the Request for Order Granting Funds Under 18 U.S.C. § 3006A and accompanying Declaration of Becky S. James and Proposed Order under seal. The Request, Declaration, and Proposed Order contain confidential litigation strategy encompassed in attorney work product and attorney-client privileges.

The Request and Declaration are non-dispositive, and therefore, "the public policies that support the right of access to dispositive motions, and related materials, do not apply with equal force." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), citing *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). Thus, the "good cause" standard applies and gives the district court much flexibility in balancing and protecting the interests of the parties. *Id*. at 1180. Here, the interests of the requesting party are clear, as the Request, Declaration, and Proposed Order contain confidential and privileged information. As such, good cause for filing the request under seal exists.

This application is based on the attached declaration of Becky S. James, the Request and Declaration, and the files and records of this case.

Date: December 14, 2016

JAMES & ASSOCIATES

By: s/ Becky S. James
Becky S. James

Attorneys for *Petitioner*
YONGDA HARRIS