UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>YONGDA HARRIS,<br>Petitioner. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-cv-05606-CAS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE IN CAMERA AND UNDER SEAL |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Petitioner Yongda Harris's request for leave to file his Request For Order Granting Funds Under 18 U.S.C. § 3006A in camera and under seal is GRANTED.

SO ORDERED this ____ day of December, 2016.

____________________________

Hon. Christina A. Snyder
United States District Judge