FILED
CLERK, U.S. DISTRICT COURT

MAY 10 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONGDA HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 16-CV-05606-CAS<br><br>**MOTION TO ORDER THE GOVERNMENT TO TURN OVER PROPERTY TO PETITIONER.** |

**SUMMARY OF THE CASE**

In 2017, the Central District Court had overturned Petitioner's criminal conviction, this court order was later unchallenged when the Government dropped its appeal and approved a joint motion to dismiss the criminal case. The US Attorney throughout the entirety of Petitioner's wrongful conviction kept possession of Petitioner's lawful property and continuously attacked Petitioner as the Court well documents of his possession of lawful property.

Petitioner as of this date May 7, 2019 has not received any return of his property, or any communication from the Government regarding return of his property. Petitioner understands the Government claims it is "looking for" his property and they are having some kind of difficulty

1

finding it. This is frivolous on its face. The Government had continuously used Petitioner's property to attack him in Court, for its legal filings, and its appeals up to the present day. They broadcasted illegally his personal possessions to the media. The Government cannot provide and has not provided any reason to Petitioner why it refuses to return his property and Petitioner requests redress from the Court. Petitioner fears the Government based on its conduct will drag this procedure out open ended for years and requests the Court to set a firm deadline for return of all his property and an accounting for any property that is damaged or missing. Should the Government fail to follow this deadline or lose Petitioner's property, he requests the Court to order compensation from the Government. Petitioner also requests the Court to order compensation of his attorney costs from the Government under the Hyde Amendment given the egregious and unconstitutional actions the Government5 had and continues to commit against Petitioner in open and flagrant violation of his 1st, 4th, 5th, and 14th Amendment rights and its complicity in the financial crimes committed against him and his family.

Petitoner reports to the Court he is using the exact written instruction for filing Pleading papers to the Court from this website: http://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/word-format/. The United States District Court for the Eastern District of California provided via its website this exact specific Pleading format for this Motion PETITONER is mailing to the Court. PETITONER informs the Court with his compliance with the instructions provided by the Eastern District of California that this should not be considered a violation of Local Rule 83-2.5 and should be considered by the Court as a proper Motion to be heard on May 13, 2019 and no later.

2

Petitioner also provides proof of service with a copy of his certified mail receipt and certified mail tracking # to the US Attorney that can be tracked on the website: https://www.usps.com/.

Petitioner requests the Court consider appointment of a Victim advocate under 18 U.S. Code § 3771 to assist him in the filing of criminal charges against the individuals responsible for the crimes committed against him and his family throughout this ordeal. Petitioner does not reside in California and it presents extreme hardship and logistical challenges for him to seek law enforcement action and protection of his and his family's lawful rights as American citizens. Petitioner is under extreme disability and requests the Court to take into consideration the extraordinary stress and hardship he is under and not treat him like a person with perfect health. It is an extreme mental and physical hardship for the stresses PETITONER has to undergo to do this Pro Se legal work without any assistance. He has elevated blood pressure, medical problems, and PTSD from this ordeal and requires therapy and assistance in seeking proper justice against individuals who violated repeatedly and over a multi-year period his Constitutional rights and committed multiple felonies against him and his family. PETITONER had tried multiple times to telephonically file charges without success from the LAPD (he is effectively denied access to protection under CA law) and asks the Court to order enforcement of his Equal protection right under the 14th Amendment.

Signed: [signature]  5/7/2019



Y. Harris
PO Box 7
Allston, MA 02134

First Street Courthouse
350 W. First St
Courtroom 8D
Los Angeles, CA 90012

